Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>HOANG SWEDEN LLC,<br><br>Defendants. | Case No: 8:26-cv-820-FWS<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the case has settled in its entirety. It is requested that the parties are provided 45 days to file dismissal papers.

DATED this 4th day of May, 2026.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff